☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:　**Taylor Hill**　　　　　　　　　　　　　　　　Case No. 18-24571

Debtors:　　　　　　　　　　　　　　　　　　　　　Chapter 13

**CHAPTER 13 PLAN**

**ADDRESS:**　(1) **7655 Hedgington Dr**　　　　　(2) _____
　　　　　　　　**Memphis, TN 38125**

**PLAN PAYMENT:**
　**Debtor(1)** shall pay $ **200.00**　　(☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
　☐ **PAYROLL DEDUCTION**　　　　　　　　　　　　　OR ( X ) **DIRECT PAY**
　From: _____

　**Debtor(2)** shall pay $ _____　　(☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
　☐ **PAYROLL DEDUCTION**　　　　　　　　　　　　　OR (   ) **DIRECT PAY**
　From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

　(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
　(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☐ YES　☑ NO
　　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
　(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
　ongoing payment begins _____　　　　　　　　　　　$ _____
　Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**　　　　　　　　　　Amount _____　　　　　　　　$ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**　ongoing payment begins _____　　　　　　　　$ _____
　Approximate arrearage: _____　Interest _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]　　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]　　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**-NONE-**　　　　　　　　　　　　　　　　　　　　　　　　　　$ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

                                 Amount:              Rate of Interest        Monthly Plan Payment:
**-NONE-**                                                                    $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                                   ☐    Not provided for    **OR**   ☐    General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $28,685.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐    _____ **%, OR,**
☑    **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                           ☐    Assumes    **OR**   ☐    Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Gene Bell                                                          Date  **October 17, 2017**                .
**Gene Bell**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

CERTIFICATE OF SERVICE

This is to certify that a copy of this plan was caused to be sent to all creditors and interested parties this 20th day of June, 2018 via e-mail, telefax or sent postage prepaid through the U S Postal Service Service.

                                                                            /s/ Gene Bell